# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARIF JAMANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ECKSTROM, an individual; and TRENTON ULICNY, an individual,<br><br>Defendant.<br><br>JOSEPH ECKSTROM, an individual, and TRENTON ULICNY, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>VITALITY PRODUCTS INC., a Nevada corporation; AARIF JAMANI, an individual; and LIANA JOSETTE MILLHOUSE, an individual,<br><br>Counter-Defendants. | Case No. 8:22-cv-00207-JLS-DFM<br><br>**ORDER DISMISSING ACTION** |

Based on the stipulation of the parties (Doc. 44) and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

Dated: April 5, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE